**Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen (95683)
1111 E. Herndon Avenue, Ste. 219
Fresno, California 93720
Tel 559.431.6850
Fax 559.431.4216

Attorneys for Defendants
    City of Coalinga, Keith Yarbrough and Debra Ireland

**Law Office of William A. Romaine**
William A. Romaine (126966)
1200 South Woodland Street, Suite A
Visalia, California 93277-4212
Telephone: 559 635 3040
Telecopier 559 635 3044

Attorney for Plantiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CARRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF COALINGA, CALIFORNIA, AND TWO INDIVIDUAL EMPLOYEES AND MEMBERS OF ITS POLICE DEPARTMENT, TO WIT: SERGEANT YARBOROUGH, OFFICER IRELAND,<br><br>    Defendants. | Case No:<br>1:05-CV-01335-OWW-LJO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>NOTICE TO COUNSEL:<br>SETTLEMENT CONFERENCE DATE HAS BEEN CHANGE |

By and through their respective attorneys of record, the parties hereto do hereby stipulate that the Scheduling Conference Order entered in the above-entitled matter on March 27, 2006 be amended as follows:

Discovery Cut Off Date:                    February 15 2007

Non Dispositive Motion Filing Deadline:    February 18, 2007

Dispositive Motion Filing Deadline:        February 28, 2007

Settlement Conference Date:             February 22, 2007 Dept. 9

All other dates may remain as set in the Scheduling Conference Order, or as adjusted consistent with the convenience of the court and parties.

Dated: February 2, 2007          Bacigalupi, Neufeld, Rowley

                                            _____s/Craig M. Mortensen_____
                                            Craig M. Mortensen,
                                            Attorneys for Defendants.

Dated: February 2, 2007          Law Office of William A. Romaine

                                            _____s/ William A. Romaine_____
                                            William A. Romaine
                                            Attorney for Plaintiff

## ORDER

On stipulation of the parties as hereinabove set forth and good cause appearing therefor, IT IS HEREBY ORDERED

That the Scheduling Conference Order entered in the above-entitled matter on March 27, 2006 be amended as follows:

| | |
|---|---|
| Discovery Cut Off Date: | February 15 2007 |
| Non Dispositive Motion Filing Deadline: | February 18, 2007 |
| Dispositive Motion Filing Deadline: | February 28, 2007 |
| Settlement Conference Date: | February 26, 2007 at 10:00 a.m. before Magistrate Judge Beck in Courtroom 9 |

All other dates may remain as set in the Scheduling Conference Order, or as adjusted consistent with the convenience of the court and parties.

Dated: __February 9, 2007___

                                            _/s/ OLIVER W. WANGER_____
                                            United States District Judge.

///

///

///

Bacigalupi, Neufeld & Rowley
1111 E. Herndon Ave.
Suite 219
Fresno, CA 93720