**Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen #95683
1111 E. Herndon Ave., Suite 219
Fresno, California 93720
Telephone (559) 431-6850
Fax (559) 431-4216

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SALVADOR CARRILLO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF COALINGA, et al. <br><br> Defendant. | Case No:1:05-CV-1335 LJO DLB <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL** |

IT IS HEREBY STIPULATED by and between the parties to this matter, through their respective counsel, that the trial in this matter which is currently scheduled to take place on April 23, 2007, be continued to August 20, 2007.  The pre-trial conference currently scheduled to take place on March 26, 2007, shall be continued to July 23, 2007.

Dated: February 27, 2007            BACIGALUPI, NEUFELD & ROWLEY

                                    _____s/Craig M. Mortensen_____
                                    Craig M. Mortensen,
                                    Attorneys for Defendant.

Dated: February 27, 2007            LAW OFFICE OF WILLIAM A.
                                    ROMAINE

                                    _____s/ William A. Romaine_____
                                    William A. Romaine,
                                    Attorney for Plaintiff

\ \ \ \ \

ORDER

_____ This Court resets the pretrial conference to July 23, 2007 at 8:30 a.m. and the trial to August 20, 2007 at 9 a.m. in Department 4 (LJO).

**IT IS SO ORDERED.**

**Dated:     February 28, 2007              /s/ Lawrence J. O'Neill**
**66h44d                                     UNITED STATES DISTRICT JUDGE**

Bacigalupi,
Neufeld &
Rowley
1111 E. Herndon Ave.
Suite 219
Fresno, CA 93720

**Stipulation and Order to Continue Trial**                                                       **Page 2**